

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00056-CV

## IN RE D.O.S. AND E.C., CHILDREN

**Original Proceeding**

**From the County Court at Law
Ellis County, Texas
Trial Court No. 100818CCL**

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on March 17, 2021 is denied.

JOHN E. NEILL
Justice

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Petition denied
Opinion delivered and filed May 26, 2021
[OT06]

